GLADIELA ALVAREZ v. SIDNEY NELSON.

July 10, 1979. Petition for certification denied.

IN THE MATTER OF JOHN W. YENGO, ESQUIRE.

July 10, 1979. Petition for certification granted. (See 167 *N.J.Super.* 66).

BLONDELL VENDING v. STATE OF NEW JERSEY.

July 10, 1979. Petition for certification denied. (See 169 *N.J.Super.* 1).

JOSEPH M. KNOBLOCK v. ANITA KNOBLOCK.

July 10, 1979. Petition for certification denied.

RUBENSTEIN & SHERWOOD v. SIMONA ELLIOT.

July 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WADEMAN.

July 10, 1979. Petition for certification denied.